COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-322-CV

 

 

IN RE
GERALD ANTHONY WRIGHT                                            RELATOR

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

We have
considered relator=s August 11, 2008 letter, which
the court construes as relator=s motion
to dismiss the petition for writ of mandamus. 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss this original proceeding.

 

PER
CURIAM

 

PANEL:  WALKER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: 
August 21, 2008











    [1]See
Tex. R. App. P. 47.4.